**DENNIS STEINMAN (he/him),** OSB No. 954250
dsteinman@kelrun.com
**SCOTT J. ALDWORTH (he/him),** OSB No. 113123
saldworth@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR 97204
Telephone: 503/222-3531
Fax: 503/227-2980
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FORREST WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLAMETTE VIEW, INC., an Oregon nonprofit corporation,<br><br>    Defendant. | Case No. 3:22-cv-00096-YY<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE |

  Plaintiff Forrest Wheeler and defendant Willamette View, Inc., by and through their respective attorneys of record, hereby jointly stipulate to and request the dismissal of the above-entitled action, with prejudice, with the parties to bear their own fees or costs.

IT IS SO STIPULATED:

Dated: August 17, 2022

                s/Dennis Steinman
                **DENNIS STEINMAN**
                954250
                503/222-3531
                **Attorneys for Plaintiff**

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE         **Page 1**

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

01367781

        <u>s/Chris M. Morgan</u>
**CHRIS M. MORGAN**
175384
**BRUCE T. GARRETT**
213430
503/228-0500
**Attorneys for Defendant**

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE    **Page 2**

**KELL, ALTERMAN & RUNSTEIN, L.L.P.**
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

01367781